UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-81270-RAR

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

      Plaintiff,
v.

OCEAN REEF CHARTERS, LLC

      Defendant.
_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S JURY DEMAND

THIS CAUSE came before the Court upon Plaintiff's Motion to Strike Defendant's Jury Demand contained within Plaintiff's Motion for Summary Judgment [ECF No. 108] ("Motion to Strike"). The Court held a Case Management Conference on August 12, 2019 at which counsel for both parties appeared [ECF No. 136]. At the Case Management Conference, counsel for Plaintiff informed the Court that the parties came to an agreement on the Motion to Strike and that the case would proceed as a bench trial.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Strike contained within Plaintiff's Motion for Summary Judgment [ECF No. 108] is **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of August, 2019.

_____
  **RODOLFO RUIZ**
  **UNITED STATES DISTRICT JUDGE**