UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-81270-RAR

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**,

    Plaintiff,

v.

**OCEAN REEF CHARTERS, LLC**,

    Defendant.
_____/

## ORDER DENYING PENDING MOTION AS MOOT

**THIS CAUSE** comes before the Court upon the parties' Joint Response to Show Cause Order and Notice of Settlement ("Response"), [ECF No. 265], filed on June 20, 2024. The parties' Response indicates that "they have reached an agreement to settle all of the remaining issues in this case" and that they "are finalizing the settlement and expect to file appropriate dismissal papers within 30 days." The Court having carefully reviewed the Motion, the Response, and the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion, [ECF No. 246], is hereby **DENIED as moot**.

2. The parties shall submit the appropriate dismissal documents **on or before July 26, 2024**.

3. The Case shall remain **ADMINISTRATIVELY CLOSED.**

**DONE AND ORDERED** in Miami, Florida, this 3rd day of July, 2024.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE